Commonwealth *v.* Havel, Appellant.

Submitted September 14, 1970. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and CERCONE, JJ.

*Francis Wright* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellant.

*George J. D'Ambrosio* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 13, 1970:
Order affirmed.

---

DISSENTING OPINION BY HOFFMAN, J.:
For the reasons stated in my dissenting opinion in *Commonwealth v. Sheehan,* 216 Pa. Superior Ct. 26, 260 A. 2d 496 (1969), I would reverse the order of the lower court and order a new trial.